**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GEORGE SABA ELLIS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-8523** |
| **ANPAC LOUISIANA INSURANCE CO.** | **SECTION: "K"(2)** |

## ORDER

Before the Court is the Motion to Remand (Rec.Doc.No. 5) of Plaintiffs. Defendants

indicated that they do not oppose remand in light of recent rulings of the Court regarding 28

U.S.C. § 1369. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec.Doc.No. 5) is **GRANTED**

and the case is hereby **REMANDED**.

New Orleans, Louisiana, on this __8th__ day of March, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**